IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

IDA MAE COOPER, DECEASED, BY AND        PLAINTIFFS
THROUGH LEE DORA FIELDS, AS
ADMINISTRATRIX AND AS REPRESENTATIVE
OF THE WRONGFUL DEATH BENEFICIARIES
OF IDA MAE COOPER, DECEASED

VS.        CIVIL ACTION NO. 4:15-CV-060-GHD-JMV

FRESENIUS MEDICAL CARE HOLDINGS, INC.        DEFENDANTS
D/B/A FRESENIUS MEDICAL CARE NORTH AMERICA;
FRESENIUS MEDICAL CENTER - CLARKSDALE
AND JOHN DOES 1-10

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Fresenius Medical Care North America Holdings, L.P. is voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated this the 15th day of July, 2015.

/s/George F. Hollowell, Jr.        /s/John D. Price
GEORGE F. HOLLOWELL, JR. (MSB #2559)        JOHN D. PRICE (MSB #4495)
Hollowell Law Firm        Wise Carter Child & Caraway
Post Office Drawer 1407        P. O. Box 651
Greenville, Mississippi 38702-1407        Jackson, Mississippi 39205-0651

g:\work2\cooper\cooper, ida mae\pleadings\stipulation of vol. dismissal frcp 41(a)(1)(a)(ii).doc