IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

IDA MAE COOPER,
*Deceased, By and Through Lee Dora Fields,*
*As Administratrix and as Representative of the*
*Wrongful Death Beneficiaries of Ida Mae*
*Cooper, Deceased*                                  PLAINTIFF

v.                                                      CASE NO. 4:15cv60-GHD-JMV

RCG MISSISSIPPI, INC.                            DEFENDANT

## ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This 15th day of August, 2016.

                                                                  /s/ Glen H. Davidson
                                                                   Senior United States District Judge